OPINION — AG — THE NECESSARY BONDS FOR SCHOOL DISTRICT EMPLOYEES MAY BE IN THE FORM OF A "BLANKET BOND"; AND THAT STATUTORY BOND FOR CUSTODIAN OF ACTIVITY FUNDS MAY BE INCLUDED IN SUCH "BLANKET BOND", BUT THAT THE COST OF INCLUDING SAME IN SUCH "BLANKET BOND" MUST BE PAID FROM ACTIVITY FUNDS. (SURETY BOND, FIDUCIARY BOND) CITE: 70 O.S.H. 4-22, 70 O.S.H. 4-33 (J. H. JOHNSON)